# In the United States Court of Federal Claims

No. 17-1600

Filed: December 2, 2020

|  |  |
|---|---|
| ANSLEY WALK CONDOMINIUM ASSOCIATION, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

### ORDER DISMISSING CASE

On December 2, 2020, the parties filed a joint stipulation, seeking dismissal, with prejudice, of plaintiffs' Complaint, as the parties reached a settlement and the United States Department of Treasury tendered "payment in full satisfaction of the settlement amount." Joint Stipulation for Dismissal at 1, ECF No. 80. Accordingly, the Clerk is hereby **DIRECTED** to dismiss plaintiffs' claims with prejudice.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge